UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06768-FMO-GJS | Date | January 28, 2022 |
|---|---|---|---|
| Title | John Doe v. California State University, et al | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | Holidae Crawford | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| | Mark M. Hathaway | Anastasia Bondarchuk, Arthur A Hartinger, Ryan Paul McGinley-Stempel |

**Proceedings:**      Settlement Conference

The case is called, and the settlement conference is conducted off the record.

There is no settlement at this time, however, the parties are continuing settlement discussions under the supervision of the Magistrate Judge. Consequently, all further discussion related to a potential compromise or settlement of the case remain privileged as set forth in the Court's original Settlement Conference Order.

The parties are directed to file a stipulation and proposed order before the District Judge to obtain a 30-day extension of discovery-related dates so that they may stay their discovery efforts for 30 days.

cc: District Judge

|  | 3:30 |
|---|---|
| Initials of Preparer | hc |