MARK M. HATHAWAY
(CA 151332; DC 437335; IL 6327924; NY 2431682)
JENNA E. PARKER (CA 303560)
HATHAWAY PARKER
445 S. Figueroa St. 31st Fl
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile: (213) 529-0783
E-Mail: mark@hathawayparker.com
E-Mail: jenna@hathawayparker.com

Attorneys for Plaintiff, JOHN DOE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>        Plaintiff<br><br>   v.<br><br>CALIFORNIA STATE UNIVERSITY, a California corporation; and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-06768-FMO-GJS<br><br>ORDER TO EXTEND DISCOVERY DEADLINES FOR 30 DAYS<br><br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed: July 12, 2021<br>Action Removed: August 20, 2021<br>Trial Date: November 15, 2022 |

# ORDER

The Court, having read and considered the Parties' Joint Stipulation To Extend Discovery Deadlines For 30 Days, and good cause appearing, hereby orders as follows:

- The fact discovery deadline is extended from April 28, 2022 to **May 30, 2022**;
- The expert discovery deadline is extended from July 7, 2022 to **August 8, 2022**;
- The deadline for Initial Expert Witness Disclosure is extended from May 12, 2022 to **June 13, 2022**; and
- The deadline for Rebuttal Expert Witness Disclosures is extended from June 9, 2022 to **July 11, 2022**.

**IT IS SO ORDERED.**

Dated: January 31, 2022

/s/
Hon. Fernando M. Olguin
United States District Judge