MARK M. HATHAWAY
(CA 151332; DC 437335; IL 6327924; NY 2431682)
JENNA E. PARKER (CA 303560)
HATHAWAY PARKER
445 S. Figueroa St. 31st Fl
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile: (213) 529-0783
E-Mail: mark@hathawayparker.com
E-Mail: jenna@hathawayparker.com

Attorneys for Plaintiff, JOHN DOE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>            Plaintiff<br><br>  v.<br><br>CALIFORNIA STATE UNIVERSITY, a California corporation; and DOES 1 to 20, inclusive,<br><br>           Defendants. | Case No.: 2:21-cv-06768-FMO-GJS<br><br>ORDER TO EXTEND FACT DISCOVERY DEADLINES FOR 31 DAYS<br><br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed:  July 12, 2021<br>Action Removed:  August 20, 2021<br>Trial Date:  November 15, 2022 |

ORDER TO EXTEND FACT DISCOVERY DEADLINES 31 DAYS

1

# ORDER

The Court, having read and considered the Parties' Joint Stipulation to Extend Fact Discovery Deadlines For 31 Days, and good cause appearing, hereby orders as follows:

- The fact discovery deadline is extended from May 30, 2022 to **June 30, 2022** ;

**IT IS SO ORDERED.**

Dated: May 13, 2022

/s/
Hon. Fernando M. Olguin
United States District Judge