MARK M. HATHAWAY (SBN 151332)
mark@hathawayparker.com
JENNA E. PARKER (SBN 303560)
jenna@hathawayparker.com
HATHAWAY PARKER
444 S. Figueroa St. 31st Fl.
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile:  (213) 529-0783

Attorneys for Plaintiff
JOHN DOE

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
RYAN MCGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, a public university system and DOES 1 to 20 inclusive,<br><br>     Defendants. | Case No. 2:21-cv-06768-FMO (GJS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed:   July 12, 2021<br>Action Removed:  August 20, 2021<br>Trial Date:             November 15, 2022 |

Plaintiff JOHN DOE ("Plaintiff") and Defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (erroneously sued as California State University) ("Defendant") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of this action, with each of the parties to bear their own attorney's fees and costs.

HATHAWAY PARKER

Dated: September 2, 2022        By:   */s/ Mark M. Hathaway*

Mark M. Hathaway
Jenna E. Parker

Attorneys for Plaintiff
JOHN DOE

RENNE PUBLIC LAW GROUP

Dated: September 2, 2022        By:   */s/ Ryan McGinley-Stempel*

Arthur A. Hartinger
Ryan McGinley-Stempel
Anastasia Bondarchuk

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY
(erroneously sued as California State University)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.
        */s/ Mark M. Hathaway*

STIPULATION OF DISMISSAL WITH PREJUDICE        Case No. 2:21-cv-06768-FMO (GJS)
FED. R. CIV. P. 41(a)(1)(A)(ii)